STANDING CHAPTER 13 TRUSTEE OSMARIE NAVARRO MARTINEZ
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**ARNALDO GIL LOPEZ GUZMAN**    Case No. 24-01769-ESL

Chapter 13    Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

### I. Appearances

| | | |
|---|---|---|
| **Debtor** | [X] Present | [ ] Absent |
| **Joint Debtor** | [ ] Present | [ ] Absent |
| **Attorney for Debtor** | [X] Present | [ ] Absent |

[ ] Prose
[ ] Substitute

**Date & Time:** 5/30/2024 2:40:00PM

[X] R  [ ] NR   LV: 0.00

**ACP:** 5        Unsecured Pool: 0.00

[X] This is debtor(s) 1 Bankruptcy filing.
**Creditors:**

**Department of Treasury by Ms. Minoshka Velez**

**Banco Popular de P.R. by Mrs. Yasari Mejias.**

### II. Oath Administered
[X] Yes    [ ] No

### III. Plan

**Date:** 04/29/2024    **Base:** $20,700.00    Payments 1 made out of 1 due.

**Confirmation Hearing Date:** 6/20/2024 1:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

$4,000.00 - $217.00 = $3,783.00

### IV. Status of Meeting

[X] Closed    [ ] Not Held    [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:5

[X] Other:

5

STANDING CHAPTER 13 TRUSTEE OSMARIE NAVARRO MARTINEZ
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**ARNALDO GIL LOPEZ GUZMAN**  Case No.  **24-01769-ESL**

Chapter 13  Attorney Name:  **ROBERTO FIGUEROA CARRASQUILLO***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State  - years |
| [ ] Insuarence quote |    [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

**MATTER(S):**

**1. ISSUE(S) WITH DISPOSABLE INCOME TEST, §1325(b)(1)(B):**

a. Plan shall to be amended to devote 50% of the PAD Bonus.

**NOTE:** DSO obligation is deducted through pay-roll deductions. Current until May 15, of 2024.

<u>s/Ana Deseda</u>  Date:  **05/30/2024**

**Trustee/Presiding Officer**  (Rev. 02/11)